Order issued: September  5  , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01140-CV

DOUBLE DIAMOND DELAWARE, INC., ET AL., Appellants

V.

JOHN WALKINSHAW, ET AL., Appellees

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-10333-J**

## ORDER

We **GRANT** the August 30, 2012 motion of Melba Wright, Official Court Reporter for the

191st Judicial District Court of Dallas County, Texas, for an extension of time to file the reporter's

record. Ms. Wright shall file the reporter's record in this accelerated appeal on or before **September**

**24, 2012.**

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission

to Ms. Wright and all counsel of record.

CAROLYN WRIGHT
CHIEF JUSTICE